FILED

04/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0560

_____

TERRY SULLIVAN,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 6, 2021, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2021